# United States Court of Appeals for the Federal Circuit

---

October 23, 2025

**ERRATA**

---

Appeal No. 2020-2125

**GREE, INC.,**
*Appellant*

**v.**

**SUPERCELL OY,**
*Appellee*

---

Decided: May 10, 2021
Nonprecedential Opinion

---

Please make the following change:

On page 2, change "GREE's U.S. Patent Number 9,897,799 ("'799 patent")" to --GREE's U.S. Patent Number 9,891,799 ("'799 patent")--